UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BENITEZ,<br><br>          Plaintiff,<br><br>v.<br><br>WAL-MART, INC. et al.,<br><br>          Defendants. | Case No. 2:24-cv-01924-SB-JPR<br><br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

On March 12, 2024, the Court set an in-person mandatory scheduling conference (MSC) for April 12, 2024. Dkt. No. 8. The parties timely filed their joint Rule 26(f) report on April 4. Dkt. No. 12. Plaintiff's counsel, however, failed to appear at the MSC.

Accordingly, Plaintiff and his counsel are ordered to show cause at an in-person hearing on April 19, 2024, at 8:30 a.m. why the case should not be dismissed for lack of prosecution and/or why they should not be subject to sanctions, including monetary sanctions, under Federal Rule of Civil Procedure 16(f), 28 U.S.C. § 1927, and/or the Court's inherent authority, for the failure to appear at the MSC. Plaintiff's counsel shall file a written response to this order to show cause (OSC), including a declaration, no later than 9:00 a.m. on April 17, 2024. In the written response to the OSC, counsel shall state whether he has ever been sanctioned by any court or been the subject of an OSC for failing to follow any court rule or order. The parties shall also meet and confer to attempt to reach agreement on the amount of Defendants' counsel's costs and fees for attending the MSC. Counsel shall include the results of these discussions in the written OSC response and indicate whether he has already reimbursed Defendants' counsel for those costs and fees.

Date: April 12, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge